Lisa WALLER, Appellant

v.

JP MORGAN CHASE BANK, N.A., Appellee.

No. 05–12–00481–CV.

Court of Appeals of Texas, Dallas.

Feb. 13, 2013.

Robert M. Clark, Dallas, TX, for Appellant.

Scott E. Hayes, Kevin Mark Vincent, Dallas, TX, for Appellee.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

## OPINION

PER CURIAM.

The Court has before it appellant's January 25, 2013 motion to dismiss. *See* TEX. R.APP. P. 42.1(a). The Court **GRANTS** the motion and **DISMISSES** the appeal.